# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 21, 2019

## NO. 03-19-00002-CV

**Max Grossman, Appellant**

**v.**

**Mark Wolfe, Executive Director, Texas Historical Commission, Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the trial court on January 3, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.